1

2

3

4

5

6                                                                    ***E-FILED - 8/13/08***

7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
ALFRED WAYNE PARKER, SR.,            )        No. C 05-2771 RMW (PR)
12                                   )
                                     )        JUDGMENT
13              Plaintiff,           )
                                     )
14      v.                           )
                                     )
15   DEPUTY R. KAY, et. al.,         )
                                     )
16                                   )
                Defendants.          )
17   _____)

18
        The court has dismissed the instant civil rights action without prejudice.  A judgment of
19
dismissal without prejudice is entered.  The clerk shall close the file.
20
        IT IS SO ORDERED.
21
     DATED: _____8/12/08_____                    _Ronald M. Whyte_____
22                                               RONALD M. WHYTE
                                                 United States District Judge
23

24

25

26

27

28


Judgment
G:\PRO-SE\SJ.Rmw\CR.05\Parker771jud.wpd                1